1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN RAY GHOLAR | CASE NO.    1:12-cv-01182-LJO-SAB (PC) |
| Plaintiff, | FINDINGS AND RECOMMENDATIONS RECOMMENDING DEFENDANT'S MOTION TO REMAND BE DENIED |
| v. | |
| JAMES A. YATES, | (ECF No. 3) |
| Defendant. | |
| _____/ | THIRTY-DAY OBJECTION DEADLINE |

Plaintiff John Ray Gholar ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff initiated this action by filing a complaint in Fresno County Superior Court.  Defendant removed to this Court on July 19, 2012.  (ECF No. 1.)  Before the Court is Plaintiff's Motion to Remand, in which Plaintiff contends that the Superior Court of Fresno County has "concurrent jurisdiction, with diversity, federal question and concurrent subject matter authority."  (ECF No. 3.)

Federal law provides that a defendant may remove an action filed in state court if "the district courts of the United States have original jurisdiction."  28 U.S.C. § 1441(a).  Federal courts "have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."  28 U.S.C. § 1331.  In the instant Motion, Plaintiff states that his complaint "is about a state official consciously violating constitutional and civil rights."  (ECF No. 3 at 3.)  Because Plaintiff concedes that he is seeking to vindicate his rights under the United States Constitution, this Court has original jurisdiction over this matter.  Thus, Defendant's removal of this action was proper.

//

1    Accordingly, the Court HEREBY RECOMMENDS that Defendant's motion to remand, filed

2 on August 1, 2012, be DENIED.

3    These Findings and Recommendations will be submitted to the United States District Judge

4 assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within **thirty (30) days**

5 after being served with these Findings and Recommendations, the parties may file written objections

6 with the Court.  The document should be captioned "Objections to Magistrate Judge's Findings and

7 Recommendations."  The parties are advised that failure to file objections within the

8 specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d

9 1153 (9th Cir. 1991).

10

11

12    IT IS SO ORDERED.

13 **Dated:    February 5, 2013**              **/s/ Stanley A. Boone**
                                              UNITED STATES MAGISTRATE JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28