# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN RAY GHOLAR, <br><br> Plaintiff, <br><br> v. <br><br> JAMES A. YATES, <br><br> Defendant. | CASE NO.   1:12-cv-01182-LJO-SAB (PC) <br><br> ORDER ADOPTING AMENDED FINDINGS AND RECOMMENDATIONS RECOMMENDING PLAINTIFF'S MOTION TO REMAND BE DENIED <br><br> (ECF Nos. 3, 15, & 17) |

Plaintiff John Ray Gholar ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff initiated this action by filing a complaint in Fresno County Superior Court. Defendants removed to this Court on July 19, 2012. (ECF No. 1.) Before the Court is Plaintiff's Motion to Remand, in which Plaintiff contends that the Superior Court of Fresno County has "concurrent jurisdiction, with diversity, federal question and concurrent subject matter authority." (ECF No. 3.) On February 6, 2013, the Magistrate Judge issued a findings and recommendations. (ECF No. 15.) On March 6, 2013, Plaintiff filed a response to the findings and recommendations. (ECF No. 16.) On March 7, 2013, the Magistrate Judge issued an amended findings and recommendations. (ECF No. 17.) On April 5, 2013, Plaintiff filed objections to the amended findings and recommendations. (ECF No. 18.)

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, it is HEREBY ORDERED that:

1. The findings and recommendations filed on March 7, 2013, is adopted in full; and

2. This matter is referred back to the Magistrate Judge.

IT IS SO ORDERED.

Dated:   **April 10, 2013**           /s/  Lawrence J. O'Neill
                                      UNITED STATES DISTRICT JUDGE