# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN RAY GHOLAR,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JAMES A. YATES AND<br>T.S. ARLIZ<br><br>　　　　　Defendants. | Case No.  1:12-cv-01182-LJO-SAB (PC)<br><br>FINDINGS AND RECOMMENDATIONS RECOMMENDING  DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AS PREMATURE<br><br>(ECF No. 11)<br><br>FOURTEEN-DAY DEADLINE |

　　　　Plaintiff John Ray Gholar ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff initiated this action in state court and Defendants removed to this Court on July 19, 2012.  (ECF No. 1.)  On November 19, 2012, Plaintiff filed a motion for summary judgment.  (ECF No. 11.)

　　　　The Court is required to screen complaints brought by prisoners seeking relief against a government entity or officer or employee of a government entity.  28 U.S.C.  § 1915A(a).  This Court and its staff takes its role serious in complying with statutes and other obligations under the United States Constitution and laws of the United States.  As Plaintiff's case is not the only case under consideration by the Court and because cases are screened in the order in which they are filed, absent good cause, the Court will screen cases in that order and will continue strive to avoid delays whenever possible.

　　　　In this case, the United States Marshal will be directed to initiate service of process on

Plaintiff's behalf when the Court has determined that Plaintiff's complaint states cognizable claims for relief and service is appropriate. 28 U.S.C. § 1915(d); Fed. R. Civ. P. 4(c)(2). Until the Court has screened the complaint and found cognizable claims, any motion for summary judgment is simply premature. Further, it follows since no cognizable claims have yet to be found, no defendant has been served with process in this case. Without proper service of process, a defendant has not received proper notice of the legal action and is required under the law to respond. Fed. R. Civ. P. 4. In a motion for summary judgment, an affected defendant has a right to be heard. Plaintiff's present motion denies the affected defendants the right to be heard. Hence, the court will not consider a motion which seeks to do this. Accordingly,

IT IS HEREBY RECOMMENDED that Plaintiff's November 19, 2012 motion for summary judgment be DENIED.

These findings and recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen (14) days after being served with these findings and recommendations, Plaintiff may file written objections with the Court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

Dated: **May 16, 2013**

UNITED STATES MAGISTRATE JUDGE