# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN RAY GHOLAR,<br><br>    Plaintiff,<br><br>    v.<br><br>JAMES A. YATES AND<br>T.S. ARLIZ<br><br>    Defendants. | Case No.  1:12-cv-01182-LJO-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, RECOMMENDING DENYING PLAINTIFF'S MOTIONS FOR PRELIMINARY INJUNCTION<br><br>(ECF Nos. 12, 14 & 22) |

Plaintiff John Ray Gholar ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff initiated this action in state court, and Defendants removed to this Court on July 19, 2012. (ECF No. 1.)  On May 16, 2013, the Magistrate Judge issued a findings and recommendations to deny Plaintiff's motions for preliminary injunction. (ECF No. 22.)   On May 30, 2013, Plaintiff filed objections to the findings and recommendations.  (ECF No. 23.)

    Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

    Accordingly, it is HEREBY ORDERED that:

    1.    The Court adopts the findings and recommendations filed on May 16, 2013, in full; and

1

2.     This matter is referred back to the Magistrate Judge for screening purposes.

IT IS SO ORDERED.

Dated:   **July 2, 2013**                              **/s/ Lawrence J. O'Neill**
                                                    UNITED STATES DISTRICT JUDGE

2